NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES D. McCANTS,                       )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D20-369
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____ )

Opinion filed September 30, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hendry County; James D. Sloan, Judge.


PER CURIAM.


          Affirmed.


KELLY, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.